UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CELESTE A. JONES** | Case No. 3:10-cv- 722-ST |
| Plaintiff, | |
| vs. | |
| **MICHAEL J. ASTRUE,**<br>**COMMISSIONER of Social Security,** | PROPOSED ORDER FOR EAJA FEES |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $7117.36 shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Martin R. Cohen, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

///
///

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

Martin R. Cohen
Attorney at Law
PO Box 1229
Lake Oswego, OR 97035

DATED this 21st day of May, 2012.

~~HON. JANICE M. STEWART~~ Michael H. Simon
UNITED STATES ~~MAGISTRATE~~ JUDGE
District

Presented by:
/s/ Linda Ziskin
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff